UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MIA C. ALFORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT IN A** |
| | ) | **CIVIL CASE** |
| v. | ) | **CASE NO. 7:16-cv-376-D** |
| | ) | |
| CHUCK ROSENBERG, and BETH COBERT, | ) | |
| | ) | |
| Defendants. | ) | |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendants' motion for summary judgment [D.E. 33].

**This Judgment Filed and Entered on May 2, 2019, and Copies To:**

| | |
|---|---|
| Mia C. Alford | (Sent to 126 Trombay Drive Wilmington, NC 28412 via US Mail) |
| Roberto Ramirez | (via CM/ECF electronic notification) |

DATE:                                                          PETER A. MOORE, JR., CLERK

May 2, 2019                                              (By) /s/ Nicole Sellers
                                                                              Deputy Clerk